# Schulte Roth & Zabel LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2380

Writer's E-mail Address
Barry.Bohrer@srz.com

June 22, 2016

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007-1312

Re: <u>United States v. Olins, et al., S2 15 Cr. 861 (JMF)</u>

Dear Judge Furman:

  We represent defendant Henry Neville in connection with the above-referenced action. At the plea proceeding held before Your Honor on May 19, 2016, the Court entered a "control date" of September 8, 2016 for Mr. Neville's sentencing, and declined to order a presentence report at that time. Subsequently, Mr. Olins' sentencing was scheduled for September 29, 2016.

  We write to request that Mr. Neville's September 8, 2016 sentencing date be adjourned to a date in October, after the sentencing of Mr. Olins, preferably on or after October 28, 2016. We have conferred with counsel for the Government and they consent to this request.

Respectfully Submitted,

Barry A. Bohrer

cc:  via ECF and email
   Andrea Griswold, AUSA
   Christine Magdo, AUSA